1  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
2  Sarah Gilmartin (State Bar No. 324665)
   sgilmartin@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, CA 92612
   Telephone: 714-641-5100
5  Facsimile: 714-546-9035

6  Attorneys for Plaintiff
   6th Street Partners LLC

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| 11  6TH STREET PARTNERS, LLC, a Delaware limited liability company, | Case No. 21-06595-RSWL-JPRx |
|---|---|
| 12 | Judge: Honorable Ronald S.W. Lew |
| 13  Plaintiff, | **PLAINTIFF 6TH STREET PARTNERS, LLC'S FIRST AMENDED COMPLAINT FOR:** |
| 14  vs. | |
| 15  PRIESE BOARD, AKA PRINTZ BOARD (an individual); and BEETS AND PRODUCE, INC., a California corporation, and Does 1-10, | **(1) TRADEMARK INFRINGEMENT [15 U.S.C. § 1125(a);** |
| 17  Defendants. | |
| 18 | **(2) TRADEMARK INFRINGEMENT UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 14245;** |
| 20 | **(3) COMMON LAW TRADEMARK INFRINGEMENT, AND** |
| 22 | **(4) UNFAIR COMPETITION PURSUANT TO CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200 ET SEQ.** |
| 25 | **DEMAND FOR A JURY TRIAL** |

26

27

28

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21

-1-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

Plaintiff 6th Street Partners, LLC ("Plaintiff" or "6th Street") alleges as follows against defendants Priese Board (also known as Printz Board) ("Mr. Board"), Beets And Produce, Inc. ("Beets and Produce"), and DOES 1-10 (collectively, "Defendants"):

## <u>NATURE OF THE CASE</u>

1.       6th Street seeks injunctive and monetary relief in this action for infringement of its trademark FUNKY MAMA for entertainment services under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), for trademark infringement under California Business and Professions Code section 14245, for common law trademark infringement, and unfair competition pursuant to California Business & Professions Code section 17200, *et seq*., all arising from the Defendants' unauthorized use of the mark FUNKY MAMA ALLSTARS for a musical group providing entertainment services.  6th Street therefore brings this action to protect its valuable intellectual property rights.

## <u>THE PARTIES</u>

2.       6th Street is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business at 3950 W 6th Street #201, Los Angeles, California 90020.

3.       On information and belief, Beets and Produce is a corporation organized and existing under the laws of the State of California with its principal place of business at 12100 Wilshire Blvd., Ste. 1420, Los Angeles, California 90025.

4.       On information and belief, Mr. Board is an individual who resides in Los Angeles County, California.  Further on information and belief, Mr. Board is the founder and President of Beets and Produce.

5.       On information and belief, each of the defendants named herein as DOES 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged below, and

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21

-2-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

are liable to 6th Street for the damages and relief sought herein.  The identities of the individuals and entities named as defendants DOES 1 through 10, inclusive, are not presently known, but 6th Street will seek to amend the Complaint to identify them when their names and identities have been ascertained.

6.     On information and belief, in participating in and/or performing the acts and omissions alleged in the Complaint, Defendants were acting as the agents, partners, servants, employees, alter egos, or successors or predecessors in interest of other of the Defendants, and were acting within the course and scope of such relationship, with the knowledge, express or implied, of each such other defendants, at all times relevant to this Complaint.

## JURISDICTION AND VENUE

7.     This action arises, in part, under the Lanham Act, 15 U.S.C. section 1125 *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. sections 1331 and 1338, and 15 U.S.C. section 1121 because 6th Street's claims arise, in part, under the Lanham Act.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. sections 1338(b) and 1367 over 6th Street's claims arising under the laws of the State of California.

8.     This Court has personal jurisdiction over Defendants because they are organized in and transact business in the State of California, and over Beets and Produce and Mr. Board in particular because both reside in Southern California.

9.     Venue is proper in the Central District of California under 28 U.S.C. section 1391(b) because Defendants reside in this judicial district and a substantial part of the events, omissions and acts that are the subject matter of this action occurred within this judicial district.

## GENERAL ALLEGATIONS

10.     6th Street owns and operates a restaurant and lounge called Mama Lion, located in Los Angeles.

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21

-3-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

11. 6th Street is also the owner of a California trademark registration for FUNKY MAMA, Reg. No. 2014493, for use in connection with "entertainment services in the nature of live musical performances; entertainment, namely, live performances by a musical band." A true and correct copy of the certificate of registration for the FUNKY MAMA mark is attached to this complaint as **Exhibit A**.

12. 6th Street began using its FUNKY MAMA mark at least as early as June of 2019.

13. 6th Street has used its FUNKY MAMA mark in commerce throughout the United States continuously since June of 2019 in connection with the provision, marketing, advertising, and promotion of entertainment services. For example, 6th Street has prominently and continuously used its FUNKY MAMA mark on social media to promote its entertainment services, including on its Instagram and Facebook pages for Mama Lion.

14. Shortly before beginning this use, 6th Street – through its member, Robert Kim – had hired Beets and Produce to host a weekly, themed live music event at Mama Lion.

15. Mr. Board is the founder and president of Beets and Produce. Mr. Kim selected Mr. Board and his company to host the weekly event at Mama Lion because Mr. Board is a producer with a history in the music industry. Mr. Board's role generally consisted of promoting and emceeing the event.

16. Mr. Kim selected the name FUNKY MAMA for the weekly event, incorporating "MAMA" from 6th Street's "MAMA LION" mark to evoke that the event takes place at Mama Lion.

17. In June of 2019, 6th Street began to host its FUNKY MAMA events every Wednesday at Mama Lion, produced by Mr. Board and his company, Beets and Produce. The weekly FUNKY MAMA event featured live funk music and themed dancers, in addition to drink and food specials.

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21

-4-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

18.    6th Street paid Mr. Board a percentage of its revenue from its FUNKY MAMA event in exchange for his emcee and promotional services.

19.    6th Street invested substantial funds developing and promoting the FUNKY MAMA event at Mama Lion.  One example advertisement is below:



20.    The weekly FUNKY MAMA events at Mama Lion soon developed a loyal following, leading 6th Street to garner extensive goodwill under this mark and for the public to associate the FUNKY MAMA mark as exclusive source identifier for the weekly event hosted at Mama Lion.

21.    Months after 6th Street began hosting the weekly FUNKY MAMA events at Mama Lion, Defendants assembled a funk band to perform at the FUNKY MAMA events.  Defendants' funk band later began calling itself the FUNKY MAMA ALLSTARS.

22.    At first, the FUNKY MAMA ALLSTARS exclusively performed at Mama Lion for its FUNKY MAMA events.  The social media pages for the FUNKY MAMA ALLSTARS underscore the band's sole association with the FUNKY MAMA event hosted at Mama Lion, posting pictures of Mama Lion:

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21                                -5-                              Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11



12  Available at: https://www.instagram.com/funkymamaallstars/

13      23.    In 2020, however, the COVID-19 pandemic slowed operations at bars

14  and restaurants in Los Angeles, including the weekly FUNKY MAMA event at

15  Mama Lion.  Despite any compulsory stall in events during the pandemic, 6th Street

16  continuously used its FUNKY MAMA mark in commerce, such as in advertising

17  and promoting its entertainment services.  6th Street also hosted some virtual events

18  during the pandemic under its FUNKY MAMA mark, as shown below:

19
20
21
22
23
24
25
26
27
28



Rutan & Tucker, LLP
attorneys at law
2314/032347-0011
16815886.5 a12/30/21
-6-
Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

24.     On information and belief, after Plaintiff had already begun use of the FUNKY MAMA mark and garnered extensive goodwill in that mark, the FUNKY MAMA ALLSTARS began performing using this mark in a number of venues, including competitors to Mama Lion, such as Black Rabbit Rose in Los Angeles.

25.     6th Street has not authorized Mr. Board or Beets and Produce to use the FUNKY MAMA ALLSTARS mark when performing at venues other than Mama Lion.

26.     After commencing use of the mark to perform at competing venues, the FUNKY MAMA ALLSTARS stopped performing at Mama Lion. Thus, the FUNKY MAMA ALLSTARS presently have no affiliation with Mama Lion or its FUNKY MAMA events.

27.     The FUNKY MAMA ALLSTARS have promoted their new gigs at competing venues on their social media pages, while continuing to post photographs and videos taken during the FUNKY MAMA events at Mama Lion, further leading to the likelihood of consumer confusion.

28.     Defendants are not authorized to use the FUNKY MAMA mark, or marks confusingly similar to the FUNKY MAMA mark, in connection with entertainment events that are not operated by 6th Street.

29.     Defendants' use of the FUNKY MAMA mark or marks confusingly similar to the FUNKY MAMA Mark for entertainment services in the form of live music is likely to cause confusion, mistake and deception such that members of the public are likely to be confused as to the affiliation, connection or relationship between 6th Street and Defendants, and confused into believing Defendants' services are presently endorsed by, sponsored by, or affiliated with 6th Street, when they are not.

30.     6th Street sent a cease and desist letter to Mr. Board and Beets and Produce on August 2, 2021. Mr. Board and Beet and Produce sent a response on August 9, 2021, refusing to cease and desist.

Rutan & Tucker, LLP
attorneys at law
2314/032347-0011
16815886.5 a12/30/21
-7-
Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

31.    Defendants have continued to refuse to cease and desist from use of the FUNKY MAMA ALLSTARS mark, causing financial injury and damages to 6th Street in an amount to be determined and rendering Defendants' acts in violation of the Lanham Act willful.  As such, this an exceptional case within the meaning of the Lanham Act, 15 U.S.C. section 1117, thereby entitling 6th Street to attorneys' fees and costs, in addition to damages.

32.    6th Street seeks injunctive relief to halt the irreparable harm caused by Defendants' infringement of the FUNKY MAMA mark. Without an injunction, Defendants will continue to offer entertainment services in the form of live music performances that infringe on the FUNKY MAMA mark.

## **FIRST CAUSE OF ACTION**

### **Federal Trademark Infringement**

### **[15 U.S.C. § 1125(a)]**

33.    6th Street repeats and incorporates by this reference each and every allegation contained the paragraphs above, as though set forth in full.

34.    By the acts and omissions set forth above, Defendants have infringed and continue to infringe 6th Street's trademark rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. section 1125(a).  Defendants' conduct and use of the FUNKY MAMA mark or marks confusingly similar to the FUNKY MAMA mark is likely to cause confusion, mistake and deception among the general purchasing public as to the affiliation, connection, association, origin, sponsorship or approval of Defendants' services, and interfere with 6th Street's ability to use its marks to indicate a single source of services.

35.    6th Street has suffered, is suffering, and will continue to suffer irreparable injury for which 6th Street has no adequate remedy at law.  6th Street is therefore entitled to a preliminary and permanent injunction against further infringing conduct by Defendants.

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21

-8-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

36.    Defendants have profited and are profiting by such infringement and 6th Street has been, and is being, damaged by such infringement.  6th Street is therefore entitled to recover damages from Defendants in an amount to be proved at trial as a consequence of Defendants' infringing activities.

## SECOND CAUSE OF ACTION

### Trademark Infringement Under California Law

### [Cal. Business and Professions Code § 14245]

37.    6th Street repeats and incorporates by this reference each and every allegation contained the paragraphs above, as though set forth in full.

38.    6th Street is also the owner of a California trademark registration for FUNKY MAMA, Reg. No. 2014493 in connection with entertainment services.

39.    Defendants have used and are using in commerce reproductions or colorable imitations of 6th Street's FUNKY MAMA trademark in connection with the advertisement, display, promotion, marketing, distribution, provision and/or offer to provide Defendants' entertainment services in the form of live music.

40.    6th Street has not authorized or consented to Defendants' use of its trademark.

41.    Defendants' unauthorized use of the FUNKY MAMA mark is likely to cause confusion, or to cause mistake, or to deceive as to the source of origin of Defendants' services, in violation of California Business and Professions Code section 14245.

42.    6th Street has suffered, is suffering, and will continue to suffer irreparable injury for which 6th Street has no adequate remedy at law.  6th Street is therefore entitled to a preliminary and permanent injunction against further infringing conduct by Defendants.

43.    Defendants have profited and are profiting by such infringement and 6th Street has been, and is being, damaged by such infringement.  6th Street is

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21

-9-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

1  therefore entitled to recover damages from Defendants in an amount to be proved at

2  trial as a consequence of Defendants' infringing activities.

3                        **THIRD CAUSE OF ACTION**

4                    **Common Law Trademark Infringement**

5        44.    6th Street repeats and incorporates by this reference each and every

6  allegation contained the paragraphs above, as though set forth in full.

7        45.    Defendants' actions and conduct as alleged herein are likely to cause

8  confusion, mistake, and deception to consumers as to the affiliation, connection, or

9  association of Defendants with 6th Street, and as to the origin of Defendants' services,

10  and 6th Street's apparent sponsorship or approval of Defendants' services.

11        46.    Defendants' unauthorized actions and conduct constitute infringement of

12  6th Street's trademark in violation of California common law.

13        47.    Defendants have caused and, unless restrained and enjoined by this

14  Court, will continue to cause irreparable harm, damage and injury to 6th Street,

15  including but not limited to injury to 6th Street's goodwill and business reputation.

16        48.    6th Street has suffered, is suffering, and will continue to suffer

17  irreparable injury for which 6th Street has no adequate remedy at law.  6th Street is

18  therefore entitled to a permanent injunction against further infringing conduct by

19  Defendants.

20                        **FOURTH CAUSE OF ACTION**

21                          **Unfair Competition**

22                **[Cal. Business & Professions Code § 17200]**

23        49.    6th Street repeats and incorporates by this reference each and every

24  allegation contained the paragraphs above, as though set forth in full.

25        50.    Defendants' conduct and actions as alleged herein, including without

26  limitation Defendants' trademark infringement in using 6th Street's FUNKY

27  MAMA mark to provide entertainment services at competing venues and to confuse

28  consumers, constitutes unlawful and unfair trade practices and unfair competition in

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21                    -10-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

1  violation of California Business and Professions Code Section 17200, *et seq*. and
2  have no valid or legitimate purpose except to benefit Defendants at 6th Street's
3  expense.

4       51.    6th Street is entitled to restitutionary damages and, because Defendants
5  are likely to continue with their unlawful conduct absent an injunction, 6th Street is
6  entitled to a preliminary and permanent injunction.

7                              **PRAYER FOR RELIEF**

8       WHEREFORE, 6th Street prays for an order and judgment against
9  Defendants as follows:

10      1.    That Defendants, and each of them, their owners, partners, agents,
11 servants, distributors, affiliates, employees, representatives, and all those in privity or
12 acting in concert with Defendants or on their behalf, be permanently enjoined and
13 restrained from, directly or indirectly:

14           a.    Providing services or offering to provide services under the
15 FUNKY MAMA mark, or advertising, displaying, or using the FUNKY MAMA
16 mark, or any derivative thereof, including without limitation, FUNKY MAMA
17 ALLSTARS, or any other mark similar thereto;

18           b.    Using in any other way any other mark or designation so similar
19 to the FUNKY MAMA mark as to be likely to cause confusion, mistake or deception
20 as to an affiliation, connection, sponsorship or endorsement of Defendants and/or their
21 products or services by or with 6th Street; and

22           c.    Representing or implying that Defendants are in any way
23 sponsored by, affiliated with, endorsed by or licensed by 6th Street;

24      2.    For an order requiring Defendants to deliver to 6th Street's attorneys
25 within thirty (30) days after the entry of any injunction, to be impounded or destroyed
26 by 6th Street, all graphics, literature, signs, labels, prints, packages, wrappers,
27 containers, advertising and promotional materials, products and any other written
28 materials or items in Defendants' possession or control that bear the mark FUNKY

Rutan & Tucker, LLP
*attorneys at law*

2314/032347-0011
16815886.5 a12/30/21

-11-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

MAMA ALLSTARS, or any other mark similar thereto, together with all means and materials for making or reproducing the same, pursuant to 15 U.S.C. section 1118, and other applicable laws;

3.    For an order requiring Defendants to file with the Clerk of this Court and serve 6th Street, within thirty (30) days after the entry of any preliminary or permanent injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with 1 through 2 above;

4.    For an award of Defendants' profits and 6th Street's damages according to proof at trial;

5.    For an order requiring Defendants to account for and pay to 6th Street all gains, profits and advantages derived by Defendants from the unlawful activities alleged herein, and/or as a result of unjust enrichment;

6.    For an award of pre-judgment interest at the highest rate allowed by law;

7.    For an award of 6th Street's attorneys' fees, costs and expenses, including but not limited to expert witness fees, incurred in this action, pursuant to 15 U.S.C. section 1117; and

8.    For such further relief as this Court shall deem just and proper.

Dated:  December 30, 2021                    RUTAN & TUCKER, LLP
                                             MICHAEL D. ADAMS
                                             SARAH GILMARTIN

                                             By: _____
                                                 Michael D. Adams
                                                 Attorneys for Plaintiff
                                                 6th Street Partners LLC

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21                    -12-                    Case No.
                                                               21-06595-RSWL-JPRx
                                                               FIRST AMENDED COMPLAINT

1    ## DEMAND FOR A JURY TRIAL

2    Plaintiff hereby demands a jury trial in this action.

3

4    Dated:  December 30, 2021                    RUTAN & TUCKER, LLP
                                                  MICHAEL D. ADAMS
5                                                 SARAH GILMARTIN

6                                                 By: _____

7                                                      Michael D. Adams
                                                       Attorneys for Plaintiff
8                                                      6th Street Partners LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2314/032347-0011
16815886.5 a12/30/21                    -13-

Case No.
21-06595-RSWL-JPRx
FIRST AMENDED COMPLAINT

# EXHIBIT "A"



# California Secretary of State
## Electronic Certificate of
## Registration of Trademark/Service Mark

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify:

Type of Mark:    **Service Mark**

Name of Owner (Registrant):    **6th Street Partners LLC**

Registration Number:    **02014493**

Business Address:    **3700 West Olympic Boulevard, Suite 202, Los Angeles, CA, 90019, US**

Business Structure:    **Limited Liability Company**
**Delaware**

Names of General Partners:    **None**

Date First Used Anywhere:    **06/01/2019**

Date First Used in California:    **06/01/2019**

Description of Mark:

**FUNKY MAMA**

Disclaimer:

Identification of Goods or Services:

Entertainment services in the nature of live musical performances; Entertainment, namely, live performances by a musical band

Classification Code(s):    41

Date of Registration:    **07/12/2021**

Term of Registration

Extends to and Includes:    **07/11/2026**

Certificate Verification Number: 38WKDQ1

EXHIBIT A, PAGE 1



# California Secretary of State
## Electronic Certificate of
## Registration of Trademark/Service Mark

In accordance with the application filed in this office, the mark described above has been duly registered.   A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the **State of California on July 19, 2021**.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

Verification Number: 38WKDQ1
Date Issued: 07/19/2021
Registration Number: 02014493

2017 California Secretary of State

**EXHIBIT A, PAGE 2**