JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 6TH STREET PARTNERS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIESE BOARD, AKA PRINTZ BOARD (an individual); and BEETS AND PRODUCE, INC., a California corporation, and Does 1-10,<br><br>　　　　Defendants.<br><br>PRIESE BOARD, AKA PRINTZ BOARD; and BEETS AND PRODUCE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>6TH STREET PARTNERS, LLC, a Delaware limited liability company,<br><br>　　　　Counter-Defendant. | Case No. 2:21-cv-06595-RSWL (JPRx)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

///

///

///

Pursuant to the Stipulated Request for Dismissal With Prejudice filed by plaintiff and counter-defendant 6th Street Partners, LLC ("Plaintiff") and defendants and counterclaimants Priese Board and Beets and Produce, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.  Pursuant to the Parties' stipulation, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims and defenses asserted in this action are hereby dismissed with prejudice.

2.  All Parties are to bear their own costs and fees.

3.  The Motion for Leave to Amend Counter-Claims[39], previously taken under submission[43], is moot.

IT IS SO ORDERED.

Dated: April 20, 2023                    ___/S/ RONALD S.W. LEW_____

                                         Hon. Ronald S.W. Lew
                                         United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2864/032347-0011
19064829 1 a04/20/23

-2-

[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE